**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROLANDIS CHATMON**                                                           **PETITIONER**
**ADC #140078**

**v.**                                   **Case No. 4:26-cv-00316-KGB**

**DEXTER PAYNE, Director,**                                                     **RESPONDENT**
**Arkansas Division of Correction**

**ORDER**

The Court has reviewed the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 7). Neither party has objected to the Recommendation, and the time for doing so has passed. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses petitioner Rolandis Chatmon's petition for a writ of *habeas corpus* without prejudice for lack of subject matter jurisdiction (Dkt. No. 1) and denies a certificate of appealability. Chatmon has not made a substantial showing that he was denied a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

It is so ordered this 8th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge